[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**RECEIVED**

JUN 15 2017

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Patrick Adair

(Enter above the full name of the plaintiff or plaintiffs in this action)

vs.

Officer Kaczynski,
Cook County Jail DOC,
~~Sheriff~~ Tom Dart

(Enter above the full name of ALL defendants in this action. Do not use "et al.")

17c 4528
Judge Marvin E. Aspen
Magistrate Judge Geraldine Soat Brown
PC 7

Case N _____
(To be supplied by the Clerk of this Court)

**CHECK ONE ONLY:**          **AMENDED COMPLAINT**

__✓__ **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983 U.S. Code** (state, county, or municipal defendants)

____ **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE 28 SECTION 1331 U.S. Code** (federal defendants)

____ **OTHER** (cite statute, if known)

***BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.***

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

I. **Plaintiff(s):**

A. Name: Patrick Adair

B. List all aliases: N/A

C. Prisoner identification number: 20150822128

D. Place of present confinement: Cook County Jail

E. Address: 2600 S. California

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
(In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

A. Defendant: Kaczynski

Title: Correctional Officer

Place of Employment: Cook County Jail

B. Defendant: Cook County Jail

Title: County Jail

Place of Employment: Cook County Jail DOC

C. Defendant: Tom Dart

Title: Correctional Officer (Sheriff)

Place of Employment: Cook County Jail

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

2

Revised 9/2007

III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

   A. Name of case and docket number: Patrick Adair #16-cv-0153

   B. Approximate date of filing lawsuit: 1-7-16

   C. List all plaintiffs (if you had co-plaintiffs), including any aliases: Patrick Adair

   D. List all defendants: CCDOC Jail Officer Thomas

   E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): Civil Rights Act, State, Northern district, Cook County

   F. Name of judge to whom case was assigned: Marvin E. Aspen

   G. Basic claim made: Deliberate Indifference

   H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): Still pending

   I. Approximate date of disposition: 1-17-17

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

**IV.    Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

Date/Time of incident May 8, 2017 approximately

1. 9:00 am. I was approach by Officer kaczynski at date above asking if i would like to come out my cell for medication I answer yes. Officer kaczynski informed me befor i left my cell stated "Stay out to stretch your legs after medication your the only one im not going to immediatly lock back up after you come from taking your medication. Seen on video tier camera i was the only inmate that Officer kaczynski didn't lock up immediatly after i took my medication.

2. Not being in the dayroom (living unit) 20 minutes i was attacked and stabed by three inmates.

3. I feel officer kaczynski place me in harms way by puting my saftey and health in danger way, due to him not taking professional matter by failing to embrace CCDOC polices, by not keeping our living units top and bottom



4

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

level separated, by not giving me a chance to lock up, due to me feeling live kaczynski purposely had full awere of what had taking place, due to me being the only inmate kaczynski told to stay out after medication. Kaczynski may or may not been awere but he sould be held responseable for me being left in the day room to get attack also never leting it become an opption to locking me up, after medication kaczynski never attempt to lock me up everyone else he waited by ther door to lock the back up after medication.

4. I never agreed to stay out and stretch my leg infact i told kaczynski i had enermies on the tier but he insis "sayin" no one can do anything im on the tier compeleting medication, i will **lock** you back up when i come back off the upper tier level.

5. It was to late for kaczynski to aviod me from being attacked. Kaczynski fell to apply CCDOC security and polies. I also fell Cook County Officials (Jail Officials) violated polies aswell by leting me get attacked and stab. As the rulebook states inmates have the rights to be safe and violate fedural law.

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

V. **Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I Patrick Adair respectfully request the Honorable Court to have defendants Cook County Jail Officials to pay any restitution that they seem is nessisary for damages that was cause to me the Plaintiff.

VI. The plaintiff demands that the case be tried by a jury. 9 (YES) 9 NO

## CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this ___5___ day of __19__, 20_07_

___Patrik Ady___
(Signature of plaintiff or plaintiffs)

___Patrick Adair___
(Print name)

___20150822128___
(I.D. Number)

___2600 S. California___
(Address)